```
 1  JOSEPH M. GABRIEL
    ROSENFELD, MEYER & SUSMAN, LLP
 2  9601 Wilshire Boulevard
    Fourth Floor
 3  Beverly Hills, California 90210-5288
    Telephone: (310) 858-7700
 4
 5  Attorneys for Defendant,
    FM ENTERTAINMENT, INC.,
 6  erroneously sued as
    FM ENTERTAINMENT CO.
 7
```

**ENTER CLOSED**

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 1998
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK DUX,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAN MEHREZ, FM ENTERTAINMENT CO., DIANE MEHREZ<br><br>    Defendants. | Case No. CV 97-8409 JSL(VAPx)<br><br>(Honorable J. Spencer Letts)<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

ENTERED
CLERK, U.S. DISTRICT COURT
DEC 3 1998
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: THE HONORABLE J. SPENCER LETTS AND TO THE CLERK OF HIS COURT:

The parties, through their counsel of record, hereby stipulate, subject to Court approval, that the above-captioned action be dismissed **with prejudice** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and that this Court shall retain jurisdiction over this action for the purpose of enforcing the Settlement Agreement and Mutual Release between the parties.

RECORD. IN THIS ACTION ON THIS DATE.
DATED: 12-3-98
DEPUTY CLERK

☑ ENTERED
☑ MLD COPY PTYS
☐ MLD NOTICE PTYS
☑ JS-6

DEC 3 1998

48.

DATED: November 24, 1998   NEVILLE L. JOHNSON
                           NEVILLE L. JOHNSON AND ASSOCIATES

By: /s/ Neville L. Johnson
    NEVILLE L. JOHNSON
    Attorneys for Plaintiff FRANK DUX

DATED: November 30, 1998   JOSEPH M. GABRIEL
                           ROSENFELD, MEYER & SUSMAN, LLP

By: /s/ Joseph M. Gabriel
    JOSEPH M. GABRIEL
    Attorneys for Defendants FM
    ENTERTAINMENT, INC. and FM
    ENTERTAINMENT INTERNATIONAL (II),
    N.V.

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: December 2, 1998    By: /s/ Spencer Letts
                               Honorable J. Spencer Letts
                               United States District Judge

LAW OFFICES
ROSENFELD,
MEYER, &
SUSMAN, LLP

2

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City and County of Los Angeles. I am over the age of eighteen years and am not a party to this action. My business address is 9601 Wilshire Boulevard, Fourth Floor, Beverly Hills, California 90210-5288.

On December 1, 1998, I served the foregoing document described as: **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** by:

__X__   placing _____ the original __X__ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Steven M. Kramer                    Neville Johnson
Steven M. Kramer & Associates       12121 Wilshire Boulevard
468 No. Camden Drive, 2nd floor     Suite 1201
Beverly Hills  CA  90210            Los Angeles  CA 90025

_____   BY MESSENGER SERVICE: I personally delivered by hand to the office of the addressee(s).

__X__   BY MAIL:

_____   I deposited such envelope(s) in the mail at Beverly Hills, California. The envelope(s) was(were) mailed with postage thereon fully paid.

__X__   I caused such envelope(s) to be deposited in the mail at Beverly Hills, California and be mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. The within correspondence is deposited with the U.S. Postal Service on the same day shown above, in the ordinary course of business. I am the person who sealed and placed for collection and mailing the within correspondence on this date.

Executed on December 1, 1998, at Beverly Hills, California.

__X__   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Betty Chevillat*
Betty Chevillat

272961.21/RMS

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN